1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| ABEL P. REYES, | Case No. **1:16-cv-00586-DAD-JLT (PC)** |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| v. | **(Doc. 26)** |
| FLORES, et al., | |
| Defendants. | |

16

17    Plaintiff filed a motion seeking to compel further responses to his propounded discovery

18  from Defendant. (Doc. 26.) Defendant filed an opposition indicating that the parties had an

19  opportunity to meet and confer over Plaintiff's discovery requests at Plaintiff's deposition and

20  that further responses and documents have subsequently been provided to Plaintiff. (Doc. 28.)

21  Plaintiff has not filed a reply, or otherwise contradicted the representations in Defendant's

22  opposition. It thus appears that Plaintiff's motion to compel further responses has been rendered

23  moot. Accordingly, Plaintiff's motion to compel further discovery responses, filed on October

24  23, 2017 (Doc. 26), is disregarded as moot.

25  IT IS SO ORDERED.

26    Dated:    **December 12, 2017**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
27

28