# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES, <br><br> Plaintiff, <br><br> v. <br><br> FLORES, et al., <br><br> Defendants. | Case No. 1:16-cv-00586-DAD-JLT (PC) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR A FREE COPY OF DEPOSITION TRANSCRIPT** <br><br> **(Doc. 27)** |

On October 30, 2017, Plaintiff filed a motion requesting copies of his deposition transcript. However, Plaintiff is not entitled to a free copy of his deposition transcript. Fed. R. Civ. P. 30(f)(3). Plaintiff is entitled only to review the transcript and make changes, if he requested to do so before the completion of the deposition. Fed. R. Civ. P. 30(e)(1). Instead, to obtain a copy of the transcript, Plaintiff must make arrangements with the court reporting agency to purchase a copy. Accordingly, Plaintiff's motion for a copy of the transcript of his deposition is DENIED.

IT IS SO ORDERED.

Dated: **December 12, 2017**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE