# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLORES, et al.,<br><br>　　　　Defendants. | **Case No. 1:16-cv-00586-DAD-JLT (PC)**<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**(Doc. 50)** |

　　　On October 1, 2018, plaintiff filed a motion to set a settlement conference. (Doc. 50.) On October 2, 2018, Defendant filed a request for a Court Supervised Settlement Conference. (Doc. 51.) The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Sheila K. Oberto to conduct a settlement conference at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #7 on February 28, 2019 at 10:00 a.m. Thus, the Court **ORDERS**:

　　　1. Plaintiff's motion for a settlement conference is granted and this case is set for a settlement conference before Magistrate Judge Sheila K. Oberto on February 28, 2019, at 10:00 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #7;

　　　2. A representative with authority to negotiate and enter into settlement terms shall

1

attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Defendant shall provide a confidential settlement statement to the following email address: skoorders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, "Attention: Magistrate Judge Sheila K. Oberto." The envelope shall be marked "Confidential Settlement Statement." Settlement statements shall arrive no later than February 21, 2019. Parties shall also file a <u>Notice of Submission of Confidential Settlement Statement</u> (See Local Rule 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference clearly noted on the first page.

The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. A summary of the proceedings to date.

    d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    e. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    f. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

    g. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

IT IS SO ORDERED.

Dated: **October 9, 2018**             **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE