# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br>             Plaintiff,<br><br>v.<br><br>M. FLORES, et al,<br>             Defendants. | 1:16-cv-00586-DAD-JLT  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR ABLE P. REYES, CDC # P-55763, PLAINTIFF'S TELEPHONIC APPEARANCE**<br><br>DATE: May 15, 2019<br>TIME:  9:00 a.m. |

     Abel P. Reyes, CDCR # P-55763, the plaintiff in proceedings in this case on May 15, 2019, is confined at California Men's Colony, East (CMC-East), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for telephonic appearance before Magistrate Judge Jennifer L. Thurston, in the Bakersfield Courthouse of the United States District Court, Eastern District of the California by calling (888) 557-8511, utilizing the passcode 1652736 on May 15, 2019, at 9:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above for telephonic appearance in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California Men's Colony, East (CMC-East)**

     **WE COMMAND** you to produce the inmate named above, along with his legal property, volume not to exceed two paper boxes, for telephonic appearance before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __April 2, 2019__                 _____/s/ Jennifer L. Thurston_____
                                                                              UNITED STATES MAGISTRATE JUDGE