# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>FLORES, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00586-DAD-JLT (PC)<br><br>**ORDER FOR PLAINTIFF TO SUBMIT STATEMENT REGARDING TRIAL DAYS FOR UNINCARCERATED WITNESSES' TESTIMONY**<br><br>10-Day Deadline |

    Plaintiff has submitted money orders to pay for service on eleven unincarcerated witnesses he intends to call at the trial. Normally, the Court issues subpoenas for service directing all subpoenaed witnesses to appear on the first day of trial. However, it seems unlikely that 11 witnesses will be completed on the first day of trial.

    Accordingly, Plaintiff is directed to file a statemen, **within 10-days** of the date of service of this order, identifying the unincarcerated witnesses he wants to be subpoenaed to testify the first day of trial and which of the unincarcerated witnesses he wants to be subpoenaed to testify the second day of trial.

    The Court suggests that he should plan on about three witnesses on the first day, depending upon how long he thinks each witnesses' testimony will last, and the rest on the second day. If he has extra time on the first day, he could plan to fill that time with some or all of his

1

own testimony, assuming he intends to testify.

IT IS SO ORDERED.

Dated: **August 30, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE