UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>            Plaintiff,<br><br>   v.<br><br>M. FLORES, et al.,<br><br>            Defendants. | Case No.: 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ABEL P. REYES, CDCR NO. P55763 |

On September 18, 2019, the Court issued a writ of habeas corpus ad testificandum commanding the Warden of California Men's Colony to produce Plaintiff-inmate Abel P. Reyes, CDCR # P55763, before District Judge Dale A. Drozd for a trial on October 29, 2019. (Doc. 91.) On September 30, 2019, the Court continued the trial to a later date. (Doc. 96.) Thus, Mr. Reyes is no longer needed by the Court on October 29. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is hereby DISCHARGED. A new writ with the new trial date will follow.

IT IS SO ORDERED.

    Dated:   **October 11, 2019**            **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

2