UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>                Plaintiff,<br><br>    v.<br><br>M. FLORES, et al.,<br><br>                Defendants. | Case No.: 1:16-cv-00586-DAD-JLT (PC<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JOHNNY QUEZADA, CDCR NO. V42893 |

On September 18, 2019, the Court issued a writ of habeas corpus ad testificandum commanding the Warden of Salinas Valley State Prison to produce inmate Johnny Quezada, CDCR # V42893, before District Judge Dale A. Drozd for a trial on October 30, 2019. (Doc. 92.) On September 30, 2019, the Court continued the trial to a later date. (Doc. 96.) Thus, Mr. Quezada is no longer needed by the Court on October 30. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is hereby DISCHARGED. A new writ with the new trial date will follow.

IT IS SO ORDERED.

    Dated: __October 11, 2019__                             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE