# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>                Plaintiff,<br><br>v.<br><br><br>M. FLORES, et al.,<br>                Defendants. | 1:16-cv-00586-DAD-JLT  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ABEL P. REYES, CDCR NO. P55763<br><br>DATE: December 3, 2019<br>TIME:  1:00 p.m. |

      Abel P. Reyes, CDCR # P55763, the plaintiff in this case and a necessary participant in court proceedings on December 3, 2019, is confined at California Men's Colony, Colony Drive, San Luis Obispo, California, in the custody of the Warden. In order to secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd in Courtroom 5, 7th Floor, of the United States Courthouse located at 2500 Tulare Street, Fresno, California, on December 3, 2019, at 1:00 p.m.

## ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in court proceedings before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Men's Colony**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated:   **October 16, 2019**                  /s/ Jennifer L. Thurston
                                                                           UNITED STATES MAGISTRATE JUDGE