UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>            Plaintiff,<br><br>      v.<br><br>M. FLORES, et al.,<br><br>            Defendants. | Case No.  1:16-cv-0586-DAD-JLT (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON UNINCARCERATED WITNESSES BY THE UNITED STATES MARSHAL<br><br>**SERVICE WITHIN 7 DAYS** |

Plaintiff Abel Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. This matter is set for a trial before United States District Judge Dale A. Drozd on December 3, 2019, at 1:00 p.m. in Courtroom 5.

Plaintiff has submitted the required fees made payable to eleven witnesses being commanded to appear at the trial. The eleven unincarcerated witnesses are B. Whitfield; G. Andrade; Teresa Macias; Alford; E. Cortez; Michelle Campbell; Dr. Julian Kim; Dr. Antony H. Horan; Dr. Jaber Noor; Dr. Alissa K. Snyder; and Dr. Perkin Hugh. Though plaintiff has specified the witnesses he intends to question for each of the trial days, see Doc. 89, the Court finds that it would be most expeditious to allow defense counsel to coordinate the appearances of the witnesses for the second day of trial and beyond.

Accordingly, the Court ORDERS that:

1.      The Clerk of the Court is directed to forward the following documents to the

1

United States Marshal:

    a.    Eleven completed and issued subpoenas to be served on the following individuals and for the following dates:

**FOR APPEARANCE ON DECEMBER 3, 2019**

**B. Whitfield, Licensed Vocational Nurse**
California State Prison—Corcoran
4001 King Avenue
Corcoran, California 93212

**G. Andrade, Supervising Registered Nurse II**
California State Prison—Corcoran
4001 King Avenue
Corcoran, California 93212

**Teresa Macias, Chief Executive Officer**
California State Prison—Corcoran
4001 King Avenue
Corcoran, California 93212

**FOR APPEARANCE ON DECEMBER 4, 2019**

**Alford, Correctional Officer 2/W**
California State Prison—Corcoran
4001 King Avenue
Corcoran, California 93212

| | |
|---|---|
| 1 | **E. Cortez, Correctional Officer 3/W** |
| 2 | California State Prison—Corcoran |
| 3 | 4001 King Avenue |
| 4 | Corcoran, California 93212 |
| 5 | |
| 6 | **Michelle Campbell, Registered Nurse** |
| 7 | Delano Regional Medical Hospital |
| 8 | 1401 Garces Highway |
| 9 | Delano, California 93215 |
| 10 | |
| 11 | **Julian Kim, M.D.** |
| 12 | California State Prison—Corcoran |
| 13 | 4001 King Avenue |
| 14 | Corcoran, California 93212 |
| 15 | |
| 16 | **Anthony H. Horan, Urologist Surgeon** |
| 17 | Delano Regional Medical Hospital |
| 18 | 1401 Garces Highway |
| 19 | Delano, California 93215 |
| 20 | |
| 21 | **Jaber Noor, M.D.** |
| 22 | Mercy Hospital |
| 23 | 2215 Truxtun Avenue |
| 24 | Bakersfield, California 93301 |
| 25 | |
| 26 | **Alissa K. Snyder, M.D.** |
| 27 | Mercy Hospital |
| 28 | 2215 Truxtun Avenue |

| | | |
|---|---|---|
| 1 | | Bakersfield, California 93301 |
| 2 | | |
| 3 | | **Perkin Hugh, M.D., Urologist** |
| 4 | | Twin Cities Community Hospital |
| 5 | | 110 Las Tables Road |
| 6 | | Templeton, California 93465 |
| 7 | | |
| 8 | b. | Eleven completed USM-285 forms; |
| 9-10 | c. | Money orders submitted by Plaintiff on August 27, 2019, to accompany each respective witness: |

      i. Witness Fees for B. Whitfield, LVN in the Amount of $103.80 (26053343256),

      ii. Witness Fees for G. Andrade, SRN II in the Amount of $103.80 (26053343245),

      iii. Witness Fees for Teresa Macias, CEO in the Amount of $103.80 (26053343234),

      iv. Witness Fees for Alford, Correctional Officer, in the Amount of $103.80 (26053343223),

      v. Witness Fees for E. Cortez, Correctional Officer, in the Amount of $103.80 (26053343212),

      vi. Witness Fees for Julian Kim, MD, in the Amount of $103.80 (26053343201),

      vii. Witness Fees for Anthony Horan, Urologist, in the Amount of $130.48 (26053343267),

      viii. Witness Fees for Michelle Campbell, RN, in the Amount of $130.48 (26053343278),

      ix. Witness Fees for Noor Jaber, MD, in the Amount of $166.44 (26053343291),

| | | |
|---|---|---|
| | x. | Witness Fees for Alissa Snyder, in the Amount of $166.44 (26053343280), |
| | xi. | Witness Fees for Hugh Perkin, MD, in the Amount of $174.56 (26053343302); |
| d. | | Twelve copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal. |

2. Within **seven days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and money orders in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service on the USM-285 form.

IT IS SO ORDERED.

Dated: **October 16, 2019**                     **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE