UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. FLORES, et al.,<br><br>        Defendants. | No. 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DIRECTING PLAINTIFF TO NOTIFY COURT OF WILLINGNESS TO DELAY TRIAL TO ACCOMMODATE APPOINTMENT OF COUNSEL |

      Plaintiff Abel P. Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has indicated interest in the court locating and appointing *pro bono* counsel to represent him in this case. (Doc. No. 90 at 7.) The case is currently set for a jury trial to begin on December 3, 2019.

      The court has located counsel who has indicated a willingness to represent plaintiff *pro bono*. However, this counsel is able to do so only if the current trial is continued to March or April 2020. The court notes that, due to an anticipated significant increase in the caseload of the undersigned beginning in early 2020, the trial in this case may be subjected to additional delays beyond April 2020. Further, even if the case is not continued to April 2020 or later in order to accommodate the appointment of counsel, there is no guarantee that this case will go to trial on December 3, 2019, as currently scheduled.

With this information in mind, **the court directs plaintiff to notify the court, within fourteen days (14) of service of this order, whether he is agreeable to a continuance of the jury trial in this matter to March or April 2020 or later for the purpose of the appointment of *pro bono* counsel to represent him at trial**.

IT IS SO ORDERED.

Dated: **October 29, 2019**

_____
UNITED STATES DISTRICT JUDGE