UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. FLORES,<br><br>        Defendant. | Case No.: 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS WITHOUT PREJUDICE<br><br>(Docs. 95, 97) |

      On September 25, 2019, Plaintiff filed a "[n]otice" requesting that the Court "address the contents of Plaintiff's Notice of Lodging of Deposition Transcript of Plaintiff." (Doc. 95.) On September 30, 2019, Plaintiff filed a "[n]otice" requesting that the Court "[a]ddress the contents of Declaration of Abel P. Reyes In Support of Plaintiff's Pretrial Statements." (Doc. 97.)

      The Court construes Plaintiff's "notices" as motions, since Plaintiff is requesting Court action. However, the Court is unsure of what Plaintiff is requesting. The Court acknowledges that Plaintiff lodged and filed a notice of lodging of his deposition transcript for use at trial, (Doc. 94). The Court also acknowledges that Plaintiff filed a declaration in support of his pretrial statements, (Doc. 98). Outside of this, though, the Court is unsure what Plaintiff is requesting in his motions.

///

///

///

For the foregoing reason, the Court DENIES Plaintiff's motions without prejudice. If Plaintiff refiles either motion, he must provide greater clarity of what relief he is requesting as well as the grounds for the request. *See* Fed. R. Civ. P. 7(b).

IT IS SO ORDERED.

Dated: **October 31, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE