UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>                Plaintiff,<br><br>     v.<br><br>M. FLORES, et al.,<br><br>                Defendants. | No. 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER APPOINTING COUNSEL AND SETTING NEW TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATES |

Plaintiff Abel P. Reyes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2019, the court issued an order directing plaintiff to notify the court if he was willing to continue the December 3, 2019 trial date in this matter in order to accommodate the schedule of counsel that has indicated willingness to represent plaintiff *pro bono*. (Doc. No. 108.) On November 12, 2019, plaintiff informed the court that he is willing to continue the trial date in this action for the purpose of accommodating that counsel's schedule. (Doc. No. 113.)

Accordingly,

1. Attorney Donald A. Lancaster Jr., of The Lancaster Law Group, is appointed as *pro bono* counsel for plaintiff in the above titled matter;

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment;

1

3. The previously scheduled December 3, 2019 trial date is hereby continued to September 9, 2020 at 8:30 AM in Courtroom 5 (DAD) before District Judge Dale A. Drozd;

4. Another telephonic trial confirmation hearing ("TTCH") will take place on July 13, 2020 at 1:30 PM in Courtroom 5 (DAD) before District Judge Dale A. Drozd;

5. The deadlines imposed by the court's September 24, 2019 final pretrial order (Doc. No. 90) are to be recalculated based on the new trial and TTCH dates listed above; and

6. The Clerk of the Court is directed to serve a copy of this order on Donald A. Lancaster, Jr., The Lancaster Law Group, 1101 Marina Village Parkway, Suite 201, Alameda, CA 94501.

IT IS SO ORDERED.

Dated: **November 18, 2019**

UNITED STATES DISTRICT JUDGE