UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>                Plaintiff,<br><br>   v.<br><br>M. FLORES, et al.,<br><br>                Defendants. | Case No.: 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ABEL P. REYES, CDCR NO. P55763<br><br>(Doc. 104) |

On October 16, 2019, the Court issued a writ of habeas corpus ad testificandum commanding the Warden of California Men's Colony to produce Plaintiff-inmate Abel P. Reyes, CDCR # P55763, before District Judge Dale A. Drozd for a trial on December 3, 2019. (Doc. 104.) On November 18, 2019, the Court continued the trial to a later date. (Doc. 114.) Thus, Mr. Reyes is no longer needed by the Court on December 3, 2019. Accordingly, the Court **DISCHARGES** the writ of habeas corpus ad testificandum as to this inmate.

IT IS SO ORDERED.

    Dated: **November 26, 2019**                  **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE