UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>               Plaintiff,<br><br>   v.<br><br>M. FLORES,<br><br>               Defendant. | Case No.: 1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN TO PLAINTIFF WITNESS FEES FOR JABER NOOR AND PERKIN HUGH |

On August 27, 2019, Plaintiff Reyes submitted witness fees for eleven unincarcerated witnesses that he intends to call at trial, and the Court directed service on these witnesses. (Docs. 93, 106.) On November 19, 2019, the United States Marshals Service returned unexecuted the subpoenas for Jaber Noor, M.D., and Perkin Hugh, M.D. (Doc. 115.) On that same date, the Court continued the trial in this matter to September 9, 2020. (Doc. 114.) Given the length of time until the trial date, the Court **DIRECTS** the Clerk of the Court to return to Plaintiff the money orders for witness fees made out to Jaber Noor (#26053343291) and Perkin Hugh (#26053343302).

IT IS SO ORDERED.

    Dated:   **December 2, 2019**            **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE