UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. FLORES,<br><br>    Defendant. | No.  1:16-cv-00586-DAD-JLT (PC)<br><br>ORDER DIRECTING CORRECTIONAL STAFF AT CALIFORNIA MEN'S COLONY TO FACILITATE A CONDIFENDTIAL TELEPHONE CALL BETWEEN PLAINTIFF AND HIS COUNSEL |

Plaintiff Abel P. Reyes (inmate P-55763) is a state prisoner represented by court appointed counsel Donald A. Lancaster, Jr.  Communication between appointed counsel and his client is required to prepare for trial.  By this order, the court directs the Warden and the correctional staff at California Men's Colony (CMC) to facilitate a confidential telephone call between appointed counsel and plaintiff.

In accordance with the above,

1. The Warden, litigation coordinator, and other correctional staff as needed at CMC shall facilitate a confidential telephone call between Abel Reyes and his attorney;

2. The confidential telephone call shall be placed on Friday, May 22, 2020, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 60

/////

minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Mr. Lancaster at (310) 345-9613;

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Reyes under visual surveillance during the conversation;

4. Failure to comply with this order may result in an order requiring the Warden of CMC, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them; and

5. The Clerk of the Court is ordered to serve this order by facsimile (805) 547-7791 and email on the Warden and litigation coordinator at CMC.

IT IS SO ORDERED.

Dated:   **May 12, 2020**                      *Dale A. Drozd*
                                                     UNITED STATES DISTRICT JUDGE

2