1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

ABEL P. REYES,

12

Plaintiff,

13

v.

14

M. FLORES,

15

Defendant.

16

Case No. 1:16-cv-00586-JLT (PC)

**ORDER SETTING TELEPHONIC STATUS AND TRIAL-SETTING CONFERENCE**

17

This matter is ready to proceed to trial. On March 22, 2021, District Judge Dale A. Drozd

18

reassigned this matter to the undersigned for all purposes, including trial and entry of final

19

judgment, pursuant to the parties' consent and 28 U.S.C. § 636(c)(1). (Doc. 135.) Accordingly,

20

the Court SETS this matter for a telephonic status and trial-setting conference on **May 17, 2021,**

21

**at 10:30 a.m.** The parties shall dial 1-888-557-8511 and enter access code 1652736. Because the

22

Court may be hearing other matters using the same conference line, the parties should wait to

23

state their appearances until this case is called and their appearances are requested. All

24

background noise should be kept to a minimum.

25
26

IT IS SO ORDERED.

27

Dated:   __April 5, 2021__          _____ /s/ Jennifer L. Thurston__
         CHIEF UNITED STATES MAGISTRATE JUDGE

28