UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES, | Case No. 1:16-cv-00586-JLT (PC) |
| Plaintiff, | **ORDER FOR COUNSEL TO FILE A JOINT REPORT** |
| v. | |
| M. FLORES, | |
| Defendant. | |

The Court was prepared to conduct a trial setting conference on May 17, 2021, but neither counsel nor the parties appeared. (Doc. 138) The Court has been advised that calendaring errors account for the attorneys' failure to appear at the hearing. Thus, the Court **ORDERS**:

1. **<u>No later than June 4, 2021</u>**, counsel **SHALL** file a joint report detailing the status of the matter, including whether addition discovery is required and when they are available for trial.[1] The Court will re-set the trial setting conference if needed, after reviewing the joint report.

IT IS SO ORDERED.

Dated: **May 18, 2021**   **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that due to the size of the Bakersfield courthouse, the Court does not anticipate be able to conduct a jury trial until social distancing requirements are lifted. The Court is available to conduct a bench trial as early as June 21, 2021.