UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>        Plaintiff,<br><br>   v.<br><br>M. FLORES,<br><br>        Defendant. | Case No. 1:16-cv-00586-JLT (PC)<br><br>**ORDER SETTING TRIAL** |

After reviewing the joint report of counsel (Doc. 140), the Court **ORDERS:**

1. Trial is set on November 8, 2021 at 8:30 a.m.;

2. The deadlines imposed by the court's September 24, 2019 final pretrial order (Doc. 90) are to be recalculated based on the new trial date.

IT IS SO ORDERED.

Dated: **June 3, 2021**     **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE