UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>    Plaintiff,<br><br>v.<br><br>M. FLORES,<br><br>    Defendant. | Case No. 1:16-cv-00586-BAK (HBK) (PC)<br><br>**ORDER TO PRODUCE RELEVANT MEDICAL RECORDS AND EXPERT REPORT WITHIN 14 DAYS**<br><br>**ORDER DIRECTING PARTIES TO NOTIFY THE COURT WITHIN 30 DAYS WHETHER A SETTLEMENT CONFERENCE WOULD BE PRODUCTIVE**<br><br>**ORDER SETTING TENTATIVE TRIAL DATE OF FEBRUARY 20, 2023** |

The Court conducted a telephonic status hearing with the parties on September 30, 2022. After discussion with the parties, **IT IS HEREBY ORDERED** that:

1. Defendant SHALL produce to Plaintiff's counsel, **within 14 days of the date of this Order**, all medical records relevant to Plaintiff's claim, including CDCR medical records, and hospital medical records from Delano Regional Medical Center pertaining to the original surgery and hospitalization of January 21, 2014 and all subsequent and related treatment records, including the second hospitalization in Mercy Hospital.  Defendant shall also produce the report of any medical expert they intend to call or rely upon at trial within this time frame.

2. The parties SHALL notify the Court in writing, **within 30 days of the date of this**

  **Order**, whether a settlement conference, to be held in November 2022 before the undersigned, would be productive;

3. The October 17, 2022 jury trial date is cancelled; and
4. Following consideration of counsel for the parties' schedules, this matter is tentatively RESET for jury trial on February 20, 2023, subject to the preferences and availability of incoming Magistrate Judge Christopher D. Baker.

Dated:   September 30, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE