UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FLORES,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00586-CDB (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER SETTING SETTLEMENT CONFERENCE DATE**<br><br>**ORDER CONTINUING TRIAL DATE** |

Plaintiff Abel P. Reyes is a state prisoner, proceeding with counsel, in this action brought pursuant to 42 U.S.C. § 1983.

On November 1, 2022, the Court issued an Order to Show Cause (OSC) why sanctions should not be imposed for the parties failure to notify the Court in writing whether a settlement conference would be productive, as previously ordered. (Docs. 151, 153.) On November 4, 2022, the parties filed their joint response to the OSC. (Doc. 154.)

Accordingly, **IT IS HEREBY ORDERED** that:

1. The OSC issued November 1, 2022 (Doc. 153) is **DISCHARGED**;

2. The Court **SETS** a settlement conference to be held before Magistrate Judge Helena M. Barch-Kuchta on **January 13, 2023**. A separate order will issue from Judge Barch-Kuchta setting the time for the conference and her settlement conference procedures;

//

3. The tentative trial date previously set for February 20, 2023 is **CONTINUED** to **Monday, April 24, 2023, at 8:30 a.m.** before the undersigned; and

4. A Second Scheduling Order will issue in due course concerning further pre-trial proceedings.

IT IS SO ORDERED.

Dated: **November 8, 2022**

UNITED STATES MAGISTRATE JUDGE