UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL. P. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FLORES, ET. AL.,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00586-CBD (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Doc. No.  159) |

　　　　Abel P. Reyes, CDCR #P 55763,  a necessary and material witness in a settlement conference in this case rescheduled from January 13, 2023 to February 27, 2023, is confined in the California Men's Colony (CMC), in the custody of the Warden.  The January 13, 2023 writ is vacated.  (Doc. No. 157).   In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena Barch Kuchta, **by Zoom video conference** from his place of confinement, on **Monday**, **February 27, 2023 10:00 a.m**.

　　　　Accordingly, it is **ORDERED**:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information

will be supplied via separate email.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Men's Colony at (805) 547-7791 or via email.

    4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P. O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court. **WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   January 12, 2023

                                    HELENA M. BARCH-KUCHTA
                                    UNITED STATES MAGISTRATE JUDGE