# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES, | Case No. 1:16-cv-00586-CDB (PC) |
| Plaintiff, | |
| v. | |
| M. FLORES, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ABEL P. REYES, CDCR NO. P-55763** |
| Defendant. | |

**Abel P. Reyes, CDCR NO. P-55763**, the plaintiff in this case and a necessary participant in a jury trial on August 2, 2023, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's personal attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, in the United States Courthouse located at 510 19th Street, Bakersfield, California, on **August 2, 2023 at 8:30 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in court proceedings before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court, and thereafter to return to the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P. O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, until completion of the jury trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**June 26, 2023**__    _____

UNITED STATES MAGISTRATE JUDGE

