UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. FLORES,<br><br>        Defendant. | Case No. 1:16-cv-00586-CDB (PC)<br><br>**ORDER ON STIPULATION CONTINUING PRETRIAL CONFERENCE**<br><br>(Doc. 174) |

    Plaintiff Abel P. Reyes is a state prisoner, proceeding with counsel, in this action brought pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Donald A. Lancaster, Jr. Defendant M. Flores is represented by Deputy Attorney General Matthew Roman. This action proceeds against Flores on a claim of deliberate indifference to serious medical needs in violation of the Eighth Amendment.

    On June 27, 2023, the parties filed a Joint Stipulation and Proposed Order to Continue the Pretrial Conference. (Doc. 174.) Specifically, counsel for Plaintiff and Defendant state they have scheduling conflicts concerning the pretrial conference presently set for July 18, 2023. (*Id.*) Counsel stipulate to and seek continuance of the pretrial conference to July 20, 2023, at 10:45 a.m. (*Id.*)

//

//

Upon consideration of the parties' joint stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the pretrial conference is **CONTINUED** to **July 20, 2023, at 10:45 a.m.** before the undersigned.

This Order does not affect or change the deadline for the submission of a joint pretrial statement. As previously ordered, the joint pretrial statement shall be filed on or before July 7, 2023. (*See* Doc. 162.)  Nor does this Order affect or change any other pretrial filing deadline. (*See* Doc. 169.)

IT IS SO ORDERED.

Dated:   **June 27, 2023**

UNITED STATES MAGISTRATE JUDGE