UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FLORES, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-0586-CDB (PC)<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ABEL P. REYES, CDCR No. P-55763** |

The trial in this case previously set for August 2, 2023, has been vacated. Inmate Abel P. Reyes, CDCR No. P-55763, is no longer needed by the Court as a participant in proceedings on that date, and the writ of habeas corpus ad testificandum issued June 27, 2023, as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**July 24, 2023**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1