UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. FLORES, et al.,<br><br>    Defendants. | Case No.  1:16-cv-0586-CDB (PC)<br><br>**ORDER DISCHARGING ORDER DIRECTING SERVICE OF SUBPOENAS ON UNINCARCERATED NON-CDCR AFFILIATED WITNESSES BY THE UNITED STATES MARSHAL**<br><br>(Doc. 183) |

Following the issuance of this Court's Order Directing Service of Subpoenas on Unincarcerated Non-CDCR Affiliated Witnesses By The United States Marshal (Doc. 183) on July 21, 2023, the parties filed their Joint Notice of Settlement, indicating they had "reached a settlement of the entire case as to all Parties." (Doc. 185.) As a result, the trial in this case previously set for August 2, 2023, has been vacated. Therefore, the testimony of Michelle Campbell and Alissa K. Snyder is no longer needed by the Court and the Order Directing Service of Subpoenas issued July 21, 2023, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 24, 2023**                                  _____
                                                           UNITED STATES MAGISTRATE JUDGE

1