UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL P. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. FLORES, et al.,<br><br>　　　　　Defendants. | Case No.  1:16-cv-0586-CDB (PC)<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(Doc. 191) |

     Plaintiff Abel P. Reyes is a state prisoner, proceeding with counsel, in this action brought pursuant to 42 U.S.C. § 1983.

     On August 3, 2023, counsel for Defendant M. Flores filed a Stipulation of Dismissal. (Doc. 191.) The parties stipulate "the above-captioned action be and hereby is dismissed with prejudice" and that each party shall bear its own attorney's fees and costs. (*Id*. at 2.) The stipulation is signed and dated by Donald Aquinas Lancaster, Jr., counsel for Plaintiff Reyes and Matthew W. Roman, counsel for Defendant M. Flores. (*Id*.)

//

//

//

//

1

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending motions, hearings and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

UNITED STATES MAGISTRATE JUDGE